IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Erosion Technology Services, LLC,** | ) |
| | ) Case No. 1:13-cv-690 |
| Plaintiff, | ) |
| | ) Judge Solomon Oliver, Jr. |
| v. | ) |
| | ) |
| **Filtrexx International, LLC,** | ) **STIPULATION OF DISMISSAL** |
| | ) **PURSUANT TO FED. CIV. R. 41(a)(1)(A)(ii)** |
| Defendant. | ) |
| | ) |

NOW COME the parties, jointly, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this case.  Each party to bear their own costs.


Most Respectfully Submitted,


   __/s/ David A. Welling__                              __/s/ Philip J. Moy, Jr.__
**DAVID A. WELLING (0075934)**          **PHILIP J. MOY JR. (0043568)**
**C. VINCENT CHOKEN (0070530)**        Fay Sharpe LLP
*Choken Welling LLP*                              The Halle Building, 5th Floor
3020 W. Market Street                           1228 Euclid Avenue
Akron, Ohio 44333                                 Cleveland, Ohio 44115
Tel.     (330) 865 – 4949                        Tel.  (216) 363 – 9000
Fax     (330) 865 – 3777                         Fax  (216) 363 – 9001
davidw@choken-welling.com             pmoy@faysharpe.com
vincec@choken-welling.com

*Counsel for the Plaintiff*                       *Counsel for Defendant*


8/12/2013 - IT IS SO ORDERED.
/S/SOLOMON OLIVER, JR.
CHIEF JUDGE
U. S. DISTRICT COURT

Stipulation of Dismissal - 1

1 - 1 -